Form 237

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Julia L. Pearson** | : | Case No. 16−10706−TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, as indenture trustee, for the CSMC 2017−1 Trust, Mortgage−Backed Notes, Series 2017−1 | : | Related to Claim No. 3 |
| *Movant,* | : | |
| | : | |
| v. | : | |
| Julia L. Pearson | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |

### ORDER

　　　　AND NOW, this **23rd day of May, 2017,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, as indenture trustee, for the CSMC 2017−1 Trust, Mortgage−Backed Notes, Series 2017−1* at Claim No. 3 in the above−captioned bankruptcy case,

　　　　It is hereby **ORDERED** that *on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

(1) an *AMENDED CHAPTER 13 PLAN;*

(2) a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

(3) an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

　　　*The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Julia L. Pearson
    Debtor

Case No. 16-10706-TPA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: lfin     Page 1 of 1     Date Rcvd: May 23, 2017
                   Form ID: 237     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2017.
db              +Julia L. Pearson,    11659 Townline Road,    Meadville, PA 16335-5585
14421435        +Wilmington Savings Fund Society, FSB, d,    Serviced by Select Portfolio Servicing,,
                  3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2017 at the address(es) listed below:
       Alexandra Teresa Garcia    on behalf of Creditor    HOUSEHOLD REALTY CORPORATION ecfmail@mwc-law.com
       Daniel P. Foster    on behalf of Debtor Julia L. Pearson dan@mrdebtbuster.com,
        clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
       James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
        Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1
        bkgroup@kmllawgroup.com
       Jerome B. Blank    on behalf of Creditor    JPMorgan Chase Bank, As Trustee pawb@fedphe.com
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
       William E. Miller    on behalf of Creditor    OCWEN LOAN SERVICING, LLC wmiller@sterneisenberg.com,
        bkecf@sterneisenberg.com
                                                                                                                                                                TOTAL: 7