FILED
5/25/17 3:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| JULIA L. PEARSON | : | Case No. 16-10706 TPA |
| *Debtor* | : | Chapter 13 |
| | : | |
| JULIA L. PEARSON | : | |
| *Movant* | : | Related to Document No. 70 |
| v. | : | |
| WILMINGTON TRUST COMPANY | : | |
| c/o of Ocwen Loan Servicing, LLC | : | |
| and RONDA J. WINNECOUR, ESQ., | : | |
| TRUSTEE | : | |
| *Respondents* | : | Hearing: June 1, 2017 at 11:00 A.M. |

## ORDER

AND NOW, this **25th** day of **May, 2017,** it is hereby **ORDERED, ADJUDGED and DECREED** that the ***Motion to Authorize Loan Modification*** filed by the Debtor at Document No. 70 previously scheduled for June 21, 2017 at 11:00 A.M. in the Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501 has been **RESCHEDULED** to ***June 1, 2017* at *11:00 A.M.*** Movant shall upload a copy of this Order to the Portal.

It is **FURTHER ORDERED** that any Responses to the Motion shall be filed and served on or before ***May 31, 2017 at NOON***.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

vas

Case Administrator to serve:
    Debtor
    Daniel P. Foster, Esq.
    Wilmington Trust Company
    Ronda J. Winnecour, Esq., Ch 13 Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 16-10706-TPA
Julia L. Pearson                                                    Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1    User: lfin    Page 1 of 1    Date Rcvd: May 25, 2017
                      Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2017.
db            +Julia L. Pearson,   11659 Townline Road,   Meadville, PA 16335-5585

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14263150      +Fax: 407-737-5634 May 26 2017 01:44:32      Wilmington Trust Company,
               c/o Ocwen Loan Servicing LLC,   Attn: Bankruptcy Department,
               1661 Worthington Road, Suite 100,   West Palm Beach, FL 33409-6493
                                                                                                 TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2017 at the address(es) listed below:
      Alexandra Teresa Garcia    on behalf of Creditor    HOUSEHOLD REALTY CORPORATION ecfmail@mwc-law.com
      Daniel P. Foster    on behalf of Debtor Julia L. Pearson dan@mrdebtbuster.com,
       clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
      James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
       Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1
       bkgroup@kmllawgroup.com
      Jerome B. Blank    on behalf of Creditor    JPMorgan Chase Bank, As Trustee pawb@fedphe.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      William E. Miller    on behalf of Creditor    OCWEN LOAN SERVICING, LLC wmiller@sterneisenberg.com,
       bkecf@sterneisenberg.com
                                                                                                    TOTAL: 7