## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 16-10706-TPA |
| Julia L. Pearson, | : | Chapter 13 |
| Debtor | : | |
| | : | Related to Document No. 70 |
| Julia L. Pearson, | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| Wilmington Trust Company, c/o | : | |
| Ocwen Loan Servicing, LLC, | : | |
| | : | |
| AND | : | |
| | : | |
| Ronda J. Winnecour/Esquire | : | |
| Chapter 13 Trustee, | : | |
| Respondents | : | |

### ORDER

*AND NOW*, this **30th** day of **May**, **2017**, it is hereby **ORDERED** that:

(1) The Modification Agreement between **Julia L. Pearson and Wilmington Trust Company, c/o Ocwen Loan Servicing, LLC** is approved;
(2) The terms of the loan shall be as follows:
    a. **New Due Date:** May 1st 2017 and 1st of each month;
    b. **New Monthly Payment:** $1,096.99; P&I $661.30 + Escrow $435.69;
    c. **Interest Rate:** 3.125%;
    d. **Loan Term:** 218 months = 18 years + 2 months;
    e. **Maturity Date:** June 1, 2035;
    f. **Principal Balance:** $110,268.08;
    g. **Deferred payment:** $0.00;
    h. **Pre-Petition Arrears:** $0.00;
(3) *Within fourteen (14) days* from the date of this Order the Debtors shall incorporate the terms of the modified loan terms by the filing of an Amended Chapter 13 Plan;

BY THE COURT:

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

vas

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 16-10706-TPA
Julia L. Pearson                                                                    Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1         User: lfin              Page 1 of 1              Date Rcvd: May 30, 2017
                             Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2017.
db             +Julia L. Pearson,    11659 Townline Road,    Meadville, PA 16335-5585

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14263150       +Fax: 407-737-5634 May 31 2017 01:48:40      Wilmington Trust Company,
                 c/o Ocwen Loan Servicing LLC,    Attn: Bankruptcy Department,
                 1661 Worthington Road, Suite 100,    West Palm Beach, FL 33409-6493
                                                                                               TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2017 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    HOUSEHOLD REALTY CORPORATION ecfmail@mwc-law.com
              Daniel P. Foster    on behalf of Debtor Julia L. Pearson dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt     on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1
               bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor    JPMorgan Chase Bank, As Trustee pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              William E. Miller    on behalf of Creditor    OCWEN LOAN SERVICING, LLC wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                               TOTAL: 7