**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 16-10706-TPA |
| | : | |
| **Julia L Pearson,** | : | CHAPTER 13 |
| Debtor, | : | |
| _____ | : | DOCKET NO.: |
| **Julia L Pearson,** | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**CERTIFICATE OF SERVICE**

    I, Clarissa Bayhurst, Head Paralegal of Foster Law Offices, certify under penalty of perjury that I served the **Amended Chapter 13 Plan and Order** on the parties listed below by First Class Pre-paid United States mail.

Date Served: <u>June 16, 2017</u>

Respectfully submitted,
<u>/s/ Clarissa Bayhurst    </u>
Clarissa Bayhurst
Head Paralegal
Foster Law Offices
PO Box 966
Meadville, PA 16335
Tel: (814) 724-1165
Fax: (814) 724-1158

MAILING MATRIX

Jerome B. Blank
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219-4408

Chase- Bp
Po Box 15298
Wilmington, DE 19850-5298

First National Bank Of Pa
4140 East State Street
Hermitage, PA 16148-3401

HSBC Mortgage Services Inc
PO Box 21188
Eagan, MN 55121-0188

Keystone Recovery Partners LLC
Series A
c/o Weinstein and Riley PS
2001 Western Avenue, Suite 400
Seattle, WA 98121-3132

William E. Miller
Stern & Eisenberg, PC
1581 Main Street, Suite 200
Warrington, PA 18976-3400

(p)ALLY FINANCIAL
ROSEVILLE BANKRUPTCY CENTER
2740 ARTHUR STREET
ROSEVILLE MN 55113-1303

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

American Express Bank, FSB
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Chase
201 North Walnut Street
De1-1027
Wilmington, DE 19801-2920

Crawford County Tax Claim Bureau
903 Diamond Park
Meadville, PA 16335-2694

Fnb Consumer Discount Company
908 Park Avenue
Meadville, PA 16335-3331

Alexandra Teresa Garcia
McCabe Weisberg & Conway, P.C.
123 South Broad Street
Philadelphia, PA 19109-1029

Harley Davidson Financial
PO Box 22048
Carson City NV 89721-2048

Jeremy J. Kobeski
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219-4408

New Century Mortgage Company
340 Commerce #200
Irvine, CA 92602-1359

OCWEN LOAN SERVICING, LLC
Stern & Eisenberg, PC
1581 Main Street
Suite 200
Warrington, PA 18976-3400

PERITUS PORTFOLIO SERVICES II, LLC
PO BOX 141419
IRVING, TX 75014-1419

Back Bowl I LLC, Series C
c/o Weinstein and Riley PS
2001 Western Avenue, Suite 400
Seattle, WA 98121-3132

Chase Manhattan Mortgage
Attn; Bankruptcy Dept
Po Box 24696
Columbus, OH 43224-0696

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH 43054-3025

(p)FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180

Green Tree Servicing LLC
7340 South Kyrene Road
Recovery Dept - T120
Tempe, AZ 85283-4573

Household Realty Corporation
c/o HSBC Mortgage Services, Inc.
P.O. Box 21188
Eagan, Minnesota 55121-0188

LVNV Funding LLC its successors and
assignee of FNBM
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

(p)NORTHWEST SAVINGS BANK
P O BOX 337
WARREN PA 16365-0337

Oak Harbor Capital VI LLC
c/o Weinstein and Riley PS
2001 Western Avenue, Suite 400
Seattle, WA 98121-3132

PNC Bank
Pnc Card
2730 Liberty Ave
Pittsburgh PA 15222-4704

PRA Receivables Management LLC
PO Box 41067
Norfolk, VA 23541-1067

Julia L. Pearson
11659 Townline Road
Meadville, PA 16335-5585

Pnc Bank
PO Box 94982
Cleveland, OH 44101-4982

Quantum 3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788

Tractor Supply / Cbsd
Po Box 6500
Sioux Falls, SD 57117-6500

Wilmington Savings Fund Society, FSB, d
Serviced by Select Portfolio Servicing,
3217 S. Decker Lake Dr.
Salt Lake City, UT 84119-3284

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum 3 Group LLC as agent for
World Financial Network Bank
PO Box 788
Kirkland, WA 98083-0788

United Refining
213 2nd Avenue
Warren, PA 16365-2405

Wilmington Trust Company
c/o Ocwen Loan Servicing LLC
Attn: Bankruptcy Department
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409-6493

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Premier Bankcard / Charter
PO Box 2208
Vacaville, CA 95696-8208

SELECT PORTFOLIO SERVICING, INC
3815 South West Temple
Salt Lake City, UT 84115-4412

James Warmbrodt
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702