# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

|  |  |  |
|---|---|---|
|  | : | Bankruptcy No: 16-10706-TPA |
| Julia L. Pearson, | : |  |
| *Debtor*, | : | Chapter 13 |
|  | : |  |
| vs. | : |  |
|  | : | DOCKET NO.: |
|  | : |  |
| New Century Mortgage Company, | : |  |
| *Movant,* | : |  |
|  | : |  |

## NOTICE OF
## CHANGE OF ADDRESS

**Creditor Name:**      **New Century Mortgage Company**
**Incorrect Address:**      **340 Commerce, #200, Irvine, CA 92602-1359**
**Correct Address:**      **18400 Von Karman Avenue, Suite 1000, Irvine, CA 92612-0516**

Respectfully Submitted,

Date: June 27, 2017

/s/Daniel P. Foster, Esquire
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
PO Box 966
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtors