**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| Julia L. Pearson, | : | Bankruptcy No: 16-10706-TPA |
| *Debtor*, | : | Chapter 13 |
| | : | |
| vs. | : | |
| | : | DOCKET NO.: |
| | : | |
| New Century Mortgage Co., | : | |
| *Movant*, | : | |
| | : | |

**NOTICE OF**
**CHANGE OF ADDRESS**

**Creditor Name:**        **New Century Mortgage Co.**
**Incorrect Address:**    **18400 Von Karman, Irvine, CA 92612**
**Correct Address:**      **4835 East Cactus Road, Suite 200, Scottsdale, AZ 85254**

Respectfully Submitted,

Date: July 18, 2017

/s/Daniel P. Foster, Esquire
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
PO Box 966
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtors