Form 213

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Julia L. Pearson**
　Debtor(s)

Bankruptcy Case No.: 16–10706–TPA
Related to Docket No. 117
Chapter: 13
Docket No.: 118 – 117
Concil. Conf.: 11/10/20 at 09:30 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **September 28, 2020,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **October 19, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **11/10/20** at **09:30 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: August 14, 2020

cm: All Creditors and Parties In Interest

Thomas P. Agresti, Judge
United States Bankruptcy Court

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

>Ronda J. Winnecour, Trustee
>P.O. Box 84051
>Chicago, IL 60689−4002

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                            Case No. 16-10706-TPA
Julia L. Pearson                                                  Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-1           User: vson              Page 1 of 2             Date Rcvd: Aug 14, 2020
                               Form ID: 213            Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2020.
db             +Julia L. Pearson,    11659 Townline Road,    Meadville, PA 16335-5585
cr             +OCWEN LOAN SERVICING, LLC,    Stern & Eisenberg, PC,    1581 Main Street,    Suite 200,
                 Warrington, PA 18976-3403
cr             +SELECT PORTFOLIO SERVICING, INC,    3815 South West Temple,    Salt Lake City, UT 84115-4412
14263121       +American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern, PA 19355-0701
14263130      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                (address filed with court: Ford Credit,    PO Box 6275,    Deerborn, MI 48121)
14263128       +First National Bank Of Pa,    4140 East State Street,    Hermitage, PA 16148-3401
14263129       +Fnb Consumer Discount Company,    908 Park Avenue,    Meadville, PA 16335-3331
14263133       +HSBC Mortgage Services Inc,    PO Box 21188,    Eagan, MN 55121-0188
14386594       +Household Realty Corporation,    c/o HSBC Mortgage Services, Inc.,    P.O. Box 21188,
                 Eagan, Minnesota 55121-0188
14263137      ++NORTHWEST SAVINGS BANK,    P O BOX 337,    WARREN PA 16365-0337
                (address filed with court: Northwest Savings Bank,    100 Liberty Street,    Warren, PA 16365)
14263136       +New Century Mortgage Company,    4835 East Cactus Road, Suite 200,    Scottsdale, AZ 85254-4194
14263141       +PNC Bank,    Pnc Card,    2730 Liberty Ave,    Pittsburgh PA 15222-4704
14263140       +Pnc Bank,    PO Box 94982,    Cleveland, OH 44101-4982
14263148       +Tractor Supply / Cbsd,    Po Box 6500,    Sioux Falls, SD 57117-6500
14421435       +Wilmington Savings Fund Society, FSB, d,    Serviced by Select Portfolio Servicing,,
                 3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
14263150       +Wilmington Trust Company,    c/o Ocwen Loan Servicing LLC,    Attn: Bankruptcy Department,
                 1661 Worthington Road, Suite 100,    West Palm Beach, FL 33409-6493
14719451        Wilmington Trust Company As Successor et al,    Ocwen Loan Servicing, LLC,
                 Attn: Bankruptcy Department,    P.O. Box 24605,    West Palm Beach, FL, 33416-4605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14263138        E-mail/Text: ally@ebn.phinsolutions.com Aug 15 2020 04:25:58     Nuvell Credt,
                 5700 Crooks Road,    Suite 301,    Troy, MI 48098
14263122       +E-mail/Text: bncmail@w-legal.com Aug 15 2020 04:27:01     Back Bowl I LLC, Series C,
                 c/o Weinstein and Riley PS,    2001 Western Avenue, Suite 400,    Seattle, WA 98121-3132
14263126       +E-mail/Text: rkiser@co.crawford.pa.us Aug 15 2020 04:27:00     Crawford County Tax Claim Bureau,
                 903 Diamond Park,    Meadville, PA 16335-2694
14263127       +E-mail/Text: mrdiscen@discover.com Aug 15 2020 04:26:03     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
14263131       +E-mail/PDF: gecsedi@recoverycorp.com Aug 15 2020 04:33:00     Green Tree Servicing LLC,
                 7340 South Kyrene Road,    Recovery Dept - T120,    Tempe, AZ 85283-4573
14263132       +E-mail/Text: bankruptcy.notices@hdfsi.com Aug 15 2020 04:27:21     Harley Davidson Financial,
                 PO Box 22048,    Carson City NV 89721-2048
14263123        E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 15 2020 04:33:58     Chase,
                 201 North Walnut Street,    De1-1027,    Wilmington, DE 19801
14263124        E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 15 2020 04:33:58
                 Chase Manhattan Mortgage,    Attn; Bankruptcy Dept,    Po Box 24696,    Columbus, OH 43224
14263125        E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 15 2020 04:32:19     Chase- Bp,
                 Po Box 15298,    Wilmington, DE 19850
14263134       +E-mail/Text: bncmail@w-legal.com Aug 15 2020 04:27:05     Keystone Recovery Partners LLC,
                 Series A,    c/o Weinstein and Riley PS,    2001 Western Avenue, Suite 400,
                 Seattle, WA 98121-3132
14263135       +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 15 2020 04:32:31
                 LVNV Funding LLC its successors and,    assignee of FNBM,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
14263139       +E-mail/Text: bncmail@w-legal.com Aug 15 2020 04:27:02     Oak Harbor Capital VI LLC,
                 c/o Weinstein and Riley PS,    2001 Western Avenue, Suite 400,    Seattle, WA 98121-3132
14381539        E-mail/Text: peritus@ebn.phinsolutions.com Aug 15 2020 04:27:33
                 PERITUS PORTFOLIO SERVICES II, LLC,    PO BOX 141419,    Irving, Tx 75014-1419
14263143        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 15 2020 04:33:25
                 Portfolio Recovery Associates LLC,    PO Box 12914,    Norfolk, VA 23541
14263142        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 15 2020 04:33:22
                 Portfolio Recovery Associates LLC,    PO Box 41067,    Norfolk, VA 23541
14263144       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 15 2020 04:34:04
                 PRA Receivables Management LLC,    PO Box 41067,    Norfolk, VA 23541-1067
14263145       +E-mail/Text: csidl@sbcglobal.net Aug 15 2020 04:27:15     Premier Bankcard / Charter,
                 PO Box 2208,    Vacaville, CA 95696-8208
14263146       +E-mail/Text: bnc-quantum@quantum3group.com Aug 15 2020 04:26:24
                 Quantum 3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
14263147       +E-mail/Text: bnc-quantum@quantum3group.com Aug 15 2020 04:26:24
                 Quantum 3 Group LLC as agent for,    World Financial Network Bank,    PO Box 788,
                 Kirkland, WA 98083-0788
14263149       +E-mail/Text: jsprentz@urc.com Aug 15 2020 04:27:33     United Refining,    213 2nd Avenue,
                 Warren, PA 16365-2405
                                                                                                TOTAL: 20
```

```
District/off: 0315-1              User: vson                 Page 2 of 2              Date Rcvd: Aug 14, 2020
                                  Form ID: 213               Total Noticed: 37


            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              HOUSEHOLD REALTY CORPORATION
cr              JPMorgan Chase Bank, As Trustee
cr              Wilmington Savings Fund Society, FSB, d/b/a Christ
cr              Wilmington Trust Company As Successor et. al.
cr*             PERITUS PORTFOLIO SERVICES II, LLC,   PO BOX 141419,   IRVING, TX  75014-1419
                                                                             TOTALS: 4, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2020 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    HOUSEHOLD REALTY CORPORATION
               ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
              Christopher M. McMonagle    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series
               2017-1 cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
              Daniel P. Foster    on behalf of Debtor Julia L. Pearson dan@mrdebtbuster.com,
               katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy
               .com
              James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1
               bkgroup@kmllawgroup.com
              Jeremy J. Kobeski    on behalf of Creditor    Wilmington Trust Company As Successor et. al.
               pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor    Wilmington Trust Company As Successor et. al.
               pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor    JPMorgan Chase Bank, As Trustee pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert Davidow    on behalf of Creditor    Wilmington Trust Company As Successor et. al.
               robert.davidow@phelanhallinan.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas Song    on behalf of Creditor    Wilmington Trust Company As Successor et. al.
               pawb@fedphe.com
              Thomas I. Puleo    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1
               tpuleo@goldbecklaw.com, BKGroup@goldbecklaw.com
              William E. Miller    on behalf of Creditor    OCWEN LOAN SERVICING, LLC wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                             TOTAL: 13
```