Form 309

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Julia L. Pearson** | Case No. 16−10706−TPA |
| *Debtor(s)* | Chapter: 13 |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 30th of September, 2020,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

   (1)   The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

   (2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

   (3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

   (4)   The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-10706-TPA |
| Julia L. Pearson | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: jmar | Page 1 of 3 |
| Date Rcvd: Sep 30, 2020 | Form ID: 309 | Total Noticed: 37 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Julia L. Pearson, 11659 Townline Road, Meadville, PA 16335-5585 |
| cr | + | OCWEN LOAN SERVICING, LLC, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| cr | + | SELECT PORTFOLIO SERVICING, INC, 3815 South West Temple, Salt Lake City, UT 84115-4412 |
| 14263128 | + | First National Bank Of Pa, 4140 East State Street, Hermitage, PA 16148-3401 |
| 14263129 | + | Fnb Consumer Discount Company, 908 Park Avenue, Meadville, PA 16335-3331 |
| 14263137 | ++ | NORTHWEST SAVINGS BANK, P O BOX 337, WARREN PA 16365-0337 address filed with court:, Northwest Savings Bank, 100 Liberty Street, Warren, PA 16365 |
| 14263136 | + | New Century Mortgage Company, 4835 East Cactus Road, Suite 200, Scottsdale, AZ 85254-4194 |
| 14263141 | + | PNC Bank, Pnc Card, 2730 Liberty Ave, Pittsburgh PA 15222-4704 |
| 14263140 | + | Pnc Bank, PO Box 94982, Cleveland, OH 44101-4982 |
| 14263148 | + | Tractor Supply / Cbsd, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 14421435 | + | Wilmington Savings Fund Society, FSB, d, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 14263150 | + | Wilmington Trust Company, c/o Ocwen Loan Servicing LLC, Attn: Bankruptcy Department, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409-6493 |
| 14719451 | | Wilmington Trust Company As Successor et al, Ocwen Loan Servicing, LLC, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL, 33416-4605 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14263138 | | EDI: GMACFS.COM | Oct 01 2020 05:13:00 | Nuvell Credt, 5700 Crooks Road, Suite 301, Troy, MI 48098 |
| 14263121 | + | EDI: BECKLEE.COM | Oct 01 2020 05:13:00 | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 14263122 | + | Email/Text: bncmail@w-legal.com | Oct 01 2020 03:16:00 | Back Bowl I LLC, Series C, c/o Weinstein and Riley PS, 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 14263126 | + | Email/Text: rkiser@co.crawford.pa.us | Oct 01 2020 03:16:00 | Crawford County Tax Claim Bureau, 903 Diamond Park, Meadville, PA 16335-2694 |
| 14263127 | + | EDI: DISCOVER.COM | Oct 01 2020 05:13:00 | Discover Bank, DB Servicing Corporation, PO Box 3025, New Albany, OH 43054-3025 |
| 14263130 | | EDI: FORD.COM | Oct 01 2020 05:13:00 | Ford Credit, PO Box 6275, Deerborn, MI 48121 |
| 14263131 | + | EDI: RMSC.COM | Oct 01 2020 05:13:00 | Green Tree Servicing LLC, 7340 South Kyrene Road, Recovery Dept - T120, Tempe, AZ 85283-4573 |
| 14263133 | + | EDI: HFC.COM | Oct 01 2020 05:13:00 | HSBC Mortgage Services Inc, PO Box 21188, Eagan, MN 55121-0188 |
| 14263132 | + | Email/Text: bankruptcy.notices@hdfsi.com | Oct 01 2020 03:17:00 | Harley Davidson Financial, PO Box 22048, Carson City NV 89721-2048 |
| 14386594 | + | EDI: HFC.COM | | |

| District/off: 0315-1 | User: jmar | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 30, 2020 | Form ID: 309 | Total Noticed: 37 |

| | | | | |
|---|---|---|---|---|
| | | | Oct 01 2020 05:13:00 | Household Realty Corporation, c/o HSBC Mortgage Services, Inc., P.O. Box 21188, Eagan, Minnesota 55121-0188 |
| 14263123 | | EDI: JPMORGANCHASE | Oct 01 2020 05:13:00 | Chase, 201 North Walnut Street, De1-1027, Wilmington, DE 19801 |
| 14263124 | | EDI: JPMORGANCHASE | Oct 01 2020 05:13:00 | Chase Manhattan Mortgage, Attn; Bankruptcy Dept, Po Box 24696, Columbus, OH 43224 |
| 14263125 | | EDI: JPMORGANCHASE | Oct 01 2020 05:13:00 | Chase- Bp, Po Box 15298, Wilmington, DE 19850 |
| 14263134 | + | EDI: OPHSUBSID.COM | Oct 01 2020 05:13:00 | Keystone Recovery Partners LLC, Series A, c/o Weinstein and Riley PS, 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 14263135 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 01 2020 03:31:36 | LVNV Funding LLC its successors and, assignee of FNBM, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14263139 | + | EDI: OPHSUBSID.COM | Oct 01 2020 05:13:00 | Oak Harbor Capital VI LLC, c/o Weinstein and Riley PS, 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 14381539 | | Email/Text: peritus@ebn.phinsolutions.com | Oct 01 2020 03:17:00 | PERITUS PORTFOLIO SERVICES II, LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 14263143 | | EDI: PRA.COM | Oct 01 2020 05:13:00 | Portfolio Recovery Associates LLC, PO Box 12914, Norfolk, VA 23541 |
| 14263142 | | EDI: PRA.COM | Oct 01 2020 05:13:00 | Portfolio Recovery Associates LLC, PO Box 41067, Norfolk, VA 23541 |
| 14263144 | + | EDI: PRA.COM | Oct 01 2020 05:13:00 | PRA Receivables Management LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 14263145 | + | Email/Text: csidl@sbcglobal.net | Oct 01 2020 03:17:00 | Premier Bankcard / Charter, PO Box 2208, Vacaville, CA 95696-8208 |
| 14263147 | + | EDI: Q3G.COM | Oct 01 2020 05:13:00 | Quantum 3 Group LLC as agent for, World Financial Network Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14263146 | + | EDI: Q3G.COM | Oct 01 2020 05:13:00 | Quantum 3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14263149 | + | Email/Text: jsprentz@urc.com | Oct 01 2020 03:17:00 | United Refining, 213 2nd Avenue, Warren, PA 16365-2405 |

TOTAL: 24

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | HOUSEHOLD REALTY CORPORATION |
| cr | | JPMorgan Chase Bank, As Trustee |
| cr | | Wilmington Savings Fund Society, FSB, d/b/a Christ |
| cr | | Wilmington Trust Company As Successor et. al. |
| cr | * | PERITUS PORTFOLIO SERVICES II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |

TOTAL: 4 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0315-1 | User: jmar | Page 3 of 3 |
| Date Rcvd: Sep 30, 2020 | Form ID: 309 | Total Noticed: 37 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2020          Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2020 at the address(es) listed below:**

**Name**             **Email Address**

Alexandra Teresa Garcia
    on behalf of Creditor HOUSEHOLD REALTY CORPORATION ecfmail@mwc-law.com  ecfmail@ecf.courtdrive.com

Brian Nicholas
    on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1 bnicholas@kmllawgroup.com

Christopher M. McMonagle
    on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1 cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com

Daniel P. Foster
    on behalf of Debtor Julia L. Pearson dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Jeremy J. Kobeski
    on behalf of Creditor Wilmington Trust Company As Successor et. al. pawb@fedphe.com

Jerome B. Blank
    on behalf of Creditor Wilmington Trust Company As Successor et. al. pawb@fedphe.com

Jerome B. Blank
    on behalf of Creditor JPMorgan Chase Bank  As Trustee pawb@fedphe.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert Davidow
    on behalf of Creditor Wilmington Trust Company As Successor et. al. robert.davidow@phelanhallinan.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor Wilmington Trust Company As Successor et. al. pawb@fedphe.com

Thomas I. Puleo
    on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1 tpuleo@goldbecklaw.com, BKGroup@goldbecklaw.com

William E. Miller
    on behalf of Creditor OCWEN LOAN SERVICING  LLC wmiller@sterneisenberg.com, bkecf@sterneisenberg.com

TOTAL: 13