**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

JULIA L. PEARSON

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Respondents.

Case No.: 16-10706 TPA

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/22/2016 and confirmed on 09/20/2016. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 73,385.38 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 73,380.38 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 4,580.00 | |
|     Trustee Fee | 3,222.34 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,802.34 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| WILMINGTON SAVINGS FUND SOCIETY FS<br>Acct: 4047 | 0.00 | 16,880.44 | 0.00 | 16,880.44 |
| WILMINGTON TRUST CO - SUCCESSOR TR<br>Acct: 5966 | 0.00 | 0.00 | 0.00 | 0.00 |
| WILMINGTON SAVINGS FUND SOCIETY FS<br>Acct: 4047 | 0.00 | 0.00 | 0.00 | 0.00 |
| WILMINGTON TRUST CO - SUCCESSOR TR<br>Acct: 5966 | 4,460.48 | 4,460.48 | 0.00 | 4,460.48 |
| WILMINGTON TRUST CO - SUCCESSOR TR<br>Acct: 5966 | 0.00 | 39,676.29 | 0.00 | 39,676.29 |
| WILMINGTON SAVINGS FUND SOCIETY FS<br>Acct: 4047 | 0.00 | 0.00 | 0.00 | 0.00 |
| WILMINGTON TRUST CO - SUCCESSOR TR<br>Acct: 5966 | 0.00 | 0.00 | 0.00 | 0.00 |
| CRAWFORD COUNTY TAX CLM BUREAU*<br>Acct: 7246 | 0.00 | 0.00 | 0.00 | 0.00 |
| NORTHWEST SAVINGS BANK**<br>Acct: 9380 | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| PERITUS PORTFOLIO SERVICES II LLC | 4,640.54 | 4,214.25 | 346.58 | 4,560.83 |
| Acct: 4432 | | | | |
| | | | | 65,578.04 |
| **Priority** | | | | |
| DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JULIA L. PEARSON | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JULIA L. PEARSON | 5.00 | 5.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DANIEL P FOSTER ESQ** | 3,580.00 | 3,580.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DANIEL P FOSTER ESQ** | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILMINGTON TRUST CO - SUCCESSOR TR | 150.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5966 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| AMERICAN EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0972 | | | | |
| BACK BOWL I LLC - SERIES C | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8064 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7637 | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9925 | | | | |
| GREEN TREE SERVICING LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3474 | | | | |
| KEYSTONE RECOVERY PARTNERS LLC - ! | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7308 | | | | |
| KEYSTONE RECOVERY PARTNERS LLC - ! | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0703 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1806 | | | | |
| OAK HARBOR CAPITAL VI LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8213 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0661 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6652 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6008 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3763 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2886 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7930 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4504 | | | | |
| PREMIER BANKCARD/CHARTER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8343 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5723 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0988 | | | | |
| QUANTUM3 GROUP LLC | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 5370 | | | | |
| QUANTUM3 GROUP LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0915 | | | | |
| UNITED REFINING CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5640 | | | | |
| JEROME BLANK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BARBARA PEARSON | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILLIAM E MILLER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STERN & EISENBERG LP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

\*\*\*NONE\*\*\*

TOTAL PAID TO CREDITORS                                                                 65,578.04

TOTAL CLAIMED
PRIORITY          150.00
SECURED         9,101.02
UNSECURED           0.00

Date: 11/11/2020

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com